# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VENTURE CONSTRUCTION GROUP OF FLORIDA, INC.** a/a/o
**HOWARD FEARN** and **FELICE SAMUEL,**
Appellant,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D20-256

[May 27, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 18000325CAAXMX.

Nicholas A. Shannin and Carol B. Shannin of Shannin Law Firm, P.A., Orlando, for appellant.

Lauren J. Smith of Luks, Santaniello, Petrillo & Cohen, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN, JJ., and ROBINSON, MICHAEL A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***